# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No: 3:17-cv-242-MOC-DSC

| | |
|---|---|
| D. LANE BAUCOM, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| DoALL COMPANY, an Illinois ) | |
| corporation ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Compel Defendant to Produce Documents" (document #24) and the parties' associated briefs and exhibits. This matter was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1), and the Motion is ripe for determination.

For the reasons stated in Plaintiff's briefs, Defendant's objections are **OVERRULED**. Plaintiff's Motion is **GRANTED**.

Within thirty days of this Order, Defendant shall make complete responses to Plaintiff's Requests to Produce Documents. In the event Defendant contends that it has fully complied with a particular request, it shall so state in a verified discovery response. In the event Defendant contends that a particular document is subject to attorney client privilege or work product privilege, it shall produce a privilege log.

The parties shall bear their own costs.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED.**  Signed: February 20, 2018

_____
David S. Cayer
United States Magistrate Judge