**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-00242-MOC-DSC**

| | | |
|---|---|---|
| **D. LANE BAUCOM JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **DOALL COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**THIS MATTER** is before the Court on "Defendant's Motion to Compel" (document # 35) filed May 10, 2018, and the parties' briefs and submissions (see documents ## 36, 37, 45-48).

Defendant seeks an order compelling Plaintiff to respond to Defendant's First Set of Interrogatories and Requests for Production of Documents.  For the reasons stated in Defendant's briefs, the Court grants its Motion.

**THEREFORE IT IS ORDERED** that:

1.  "Defendant's Motion to Compel" (document # 35) is **GRANTED**.  Within thirty days of this Order, Plaintiff shall fully respond to Defendant's First Set of Interrogatories and Requests for Production of Documents.

2.  The parties will bear their own costs at this time.

3.  The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: June 21, 2018

David S. Cayer
United States Magistrate Judge