UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00242-MOC-DSC

| | |
|---|---|
| **D. LANE BAUCOM JR.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **DOALL COMPANY,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on the oral Motion to Continue made at the final pretrial conference. Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the oral Motion to Continue is **GRANTED** and this matter is **CONTINUED** to the October 15, 2018, trial term, with jury selection commencing on that day followed immediately by trial. The pretrial deadlines, imposed by the Pretrial Order or the Federal Rules of Civil Procedure, are **ENLARGED** consistent with that extension. The deadline for conveying settlement, so as to avoid jury costs, is October 12, 2018, at noon. Proposed jury instruction should be filed not later than the commencement of trial, with a courtesy WORD version submitted to chambers via CyberClerk. The parties are advised that this is likely to be the first trial on the civil calendar.

Signed: August 14, 2018

Max O. Cogburn Jr
United States District Judge