# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| D. Lane Baucom Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00242-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| DoALL Company, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by trial and a Jury Verdict having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's February 22, 2019 verdict.

March 13, 2019

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court