IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| Plaintiff | D. Lane Baucom, Jr. | Case Number: | 3:17-CV-242-MOC |
| Address | 4715 Baucom Helms Drive | | |
| | Indian Trail, NC 28079 | | |

**EXECUTION**

(Rule 69, F.R.Cv.P. and G.1-313(1); GS.1C, Art. 16)

| Defendant | DoALL Company | Defendant | DoALL Company |
| Address | 4705 Entrance Drive | Address | 1480 S. Wolf Road |
| | Charlotte, NC 28273 | | Wheeling, Illinois 60090 |

TO THE UNITED STATES MARSHAL:
By the terms of a judgment rendered in favor of    D. Lane Baucom, Jr.

against, DoALL Company    the following sums are now due:

| Principal | Interest to date | Court Costs | Other | Total: |
|---|---|---|---|---|
| $ 258,444.01 | 50,953.89 | $ 502.98 | | $ 309,900.88 |

For the United States Marshal's fees (see 28 U.S.C. § 1921) - $ _____ . Post-Judgment interest is computed on the principal at the legal rate from the date shown below:

| Date from which interest due: | Legal rate of interest: | Date Judgment entered on docket: |
|---|---|---|
| 3/14/2019 | 2.534 | 3/13/2019 |

You are commanded to satisfy the judgment

✔ By demanding payment from the debtor.

Out of the personal property of the debtor, and if sufficient property cannot be found, then out of the real property belonging to the debtor on the day the judgment was entered on the docket of this Court as shown above or any time after that date.

Except as to property set off as exempt (a list of which attached) out of the personal property of the debtor within your district, and if sufficient personal property cannot be found, then out of real property belonging to the debtor on the day the judgment was docketed in this court as shown above or any time after that date.

Out of the property listed below which is excepted by law from the exemptions:



Date    **10/28/2019**

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court

WDNC-Sept09    *This writ must be returned within 90 days after the date of issue.*

**RETURN OF EXECUTION**

This Writ Of Execution was served as follows:

☐ by collecting the amount owed.

☐ by levying on and selling the property of the defendant described below and returning to the court the balance shown below.

| Date Of Levy | Description Of Property Levied On And Sold | | |
|---|---|---|---|
| | | | |

| Total Sum Collected | Amount Retained As Commission | Amount Retained For Expenses | Balance Returned |
|---|---|---|---|
| $ | $ | $ | $ |

☐ I did not serve this Writ Of Execution because:

☐ I did not locate property on which to levy.

☐ Other: *(specify)*

| Service Fee Paid | Date Received | Name of U.S. Marshal | |
|---|---|---|---|
| $ | | | |
| Paid By | Date Executed | County | |
| | Date Of Return | U.S. Deputy Marshal Making Return | |

Case 3:17-cv-00242-MOC-DSC   Document 104   Filed 10/28/19   Page 2 of 2