# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO: 3:17-CV-00242-MOC-DSC

| | |
|---|---|
| D. LANE BAUCOM, JR., | ) |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| DoALL COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Emergency Motion for Stay of Execution on the Judgment and to Approve the Form and Amount of Security (Doc. No. 105). The Court held a telephone conference with the parties on November 1, 2019, during which the parties agreed to temporarily stay the writ of execution pending a full hearing, which will be set for November 14, 2019, at 3:00 p.m. Accordingly, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Execution on the Judgment is **STAYED**, pending further disposition by this Court.

**IT IS FURTHER ORDERED** that the United States Marshals shall temporarily **HOLD** Defendant's levied funds and **SHALL NOT** release such funds to Plaintiff, pending further disposition by this Court.

Signed: November 1, 2019

Max O. Cogburn Jr.
United States District Judge

1